# GRIEVANCES

## Documeted by TDOC as Resolved

| DEFENDANT | DATE GRIEVED | DATE RETURED |
|---|---|---|
| Prichard | 06/27/17 | 02/02/18 |
| S Taylor | 10/27/16 | 12/21/16 |
| Veronica Cadney | 09/19/17 | 02/02/18 |
| S Redden | 09/21/17 | 10/26/17 |
| Sgt. Thomas | 10/10/17 | 11/09/17 |
| S Taylor | 10/27/16 | 12/21/16 |
| Aramark | 11/28/17 | 02/02/18 |

*C Tankesly*
3/26/18

file: civil ~ action; Calvin Tankesly -vs- Aramart Correctional Services, *et. al.* Case No. _____