ALAMARK

N11-2

**TN** Department of
**Correction**

RECEIVED

✓ MEMO

Inmate Name: _Calvin Tanksley_   TDOC Number: _9054 4_

Institution: _West_   Housing Unit: _____

Institution Grievance Number: _35144_   TOMIS Grievance Number: _321368_

Commissioner's Response and Reasons:

The Executive Assistant to the Chief Financial Officer has reviewed the grievance and:

☑ Concur with Warden    ☐ Concur with Supervisor    ☐ Concur with Committee

_2-2-18_                    _David Ahr_
Date                     Assistant Commissioner of Prisons

TP-8



# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE RESPONSE

NAME: Calvin Tankersly   NUMBER: 90944   INSTITUTION & UNIT: NWCX N11-2   GRIEVANCE NUMBER: 39194

Summary of Evidence and Testimony Presented to Committee _____

Inmate Grievance Committee's Response and Reasons: Deemed inappropriate per Policy #501.01 VI (I)(1) – Already filed grievance on same or similar incident.

DATE: 12-11-17   CHAIRMAN: [signed]   MEMBER: _____

MEMBER _____   MEMBER _____   MEMBER _____

==========================================================

Warden's Response:   Agrees with Proposed Response   [X]

Disagrees with Proposed Response   [ ]

If Disagrees, Reason(s) for Disagreement _____

Action Taken: _____
DATE: 12-11-17   WARDEN'S SIGNATURE: Mike Parris

Do you wish to appeal this response?   X YES   ___ NO

If yes:   Sign, date, and return to chairman for processing. Grievant may attach supplemental clarification of issues or rebuttal/reaction to previous responses if so desired.

GRIEVANT: Tankersly 90944   DATE: 12-14-17   WITNESS: [signed]

==========================================================

Commissioner's Response and Reason(s): _____

DATE _____   SIGNATURE _____

Distribution Upon Final Resolution:
White – Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner

CR-1393 (Rev. 3-00)   RDA 2244

**EMERGENCY GRIEVANCE**                                    **EMERGENCY GRIEVANCE**



RECEIVED
DEC 01 2017
NWCX
GRIEVANCE OFFICE

# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE

| Calvin Tankesly | -90944- | NWCX 11-02 |
|---|---|---|
| NAME | NUMBER | INSTITUTION & UNIT |

DESCRIPTION OF PROBLEM: On 11--27--17 I was served hamberger patty. Aramark has been informed on MULTIPLE OCCASIONS that meat patties [hamberger] cause pain as I attempt to eat them without (Gravy, Mayonaise, Ketchup)

REQUESTED SOLUTION: To Comply with the Contract      Continued on Page 2 of with TDOC and provide me foods that I CAN EAT without pain and suffering, at every meal.

_Signature: C Tankerly 90944_    Date: 11-28-17

===============================================================

Grievance Number: 39194/321368

TO BE COMPLETED BY GRIEVANCE CLERK
Activated: 12-5-17
Date Received

Signature Of Grievance Clerk: Timothy J. Walker

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____
New Due Date                                         Signature of Grievant

===============================================================

**INMATE GRIEVANCE RESPONSE**

Summary of Supervisor's Response/Evidence: _____

Chairperson's Response and Reason(s): _____

DATE: _____    CHAIRPERSON: _____

Do you wish to appeal this response?    ____ YES    ____ NO

If yes: Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

_____     _____     _____
GRIEVANT              DATE                 WITNESS

Distribution Upon Final Resolution:
White - Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod – Commissioner (if applicable)

CR-1394 (Rev. 3-00)                    Page 1 of 2                    RDA 2244

EMERGENCY GRIEVANMCE
Continued from Page 1 of 2



**TENNESSEE DEPARTMENT OF CORRECTION**

<u>**INMATE GRIEVANCE**</u>          (continuation sheet)



DESCRIPTION OF PROBLEM:

On 11-27-17 "ANOTHER" Tooth Broke as I bit into the hamberger patty served to me for supper.

This is the THIRD [3rd] tooth broken since Aramark acquired the contract with TDOC and they have ben Informed of this MEDICAL Problem with my Diet and the necessity to COMPENSATE my diet.

Aramark has FAILED to Comply with their CONTRACT, and Policy 113.35 & Policy 116.01

Their compliance failure has and continues to cause me "Extreme Pain" and Suffering, and their knowledge of my MEDICAL Condition coupled with their Failure and/or REFUSAL to provide me proper nutrition is an act of Deliberate Indifference.



## TENNESSEE DEPARTMENT OF CORRECTION

### RESPONSE OF SUPERVISOR OF GRIEVED EMPLOYEE OR DEPARTMENT

DATE: 12-5-17

Please respond to the attached grievance, indicating any action taken.
Date Due: Fri., Dec. 8th, 2017

| 39194 | Calvin Tankesly | 90944 |
|---|---|---|
| Grievance Number | Inmate Name | Inmate Number |

I have talked to you on a number of occassions about your diet and I have been making sure my staff is following what is on your diet, which states that you can have hamburger patties.

SIGNATURE: P. Wright

DATE: 12-7-17

White – Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner

CR-3148 (Rev. 3-00)   RDA 2244

A