


*84*

J Pickrel

N11-2



RECEIVED
FEB 02 2018

MEMO

Inmate Name: __Celvin Tanksley__   TDOC Number: __91544__

Institution: __NWX__   Housing Unit: _____

Institution Grievance Number: __38856__   TOMIS Grievance Number: __316213__

Commissioner's Response and Reasons:

The Executive Assistant to the Chief Financial Officer has reviewed the grievance and:

☑ Concur with Warden   ☐ Concur with Supervisor   ☐ Concur with Committee

__2-2-18__    __David Sexton__
Date             Assistant Commissioner of Prisons

TP-8



# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE RESPONSE

NAME: Calvin Tankesly
NUMBER: 90944
INSTITUTION & UNIT: NWCX N11-02
GRIEVANCE NUMBER: 38896

Summary of Evidence and Testimony Presented to Committee: Grievance and response was read to committee and grievant.

Inmate Grievance Committee's Response and Reasons: Committee concurs

DATE: 7-12-17
CHAIRMAN: [signature]
MEMBER: [signature]
MEMBER: [signature]
MEMBER: Reese Brown
MEMBER: [signature]

Warden's Response: Agrees with Proposed Response ☑
Disagrees with Proposed Response ☐
If Disagrees, Reason(s) for Disagreement ___

Action Taken: ___
DATE: 7-13-17    WARDEN'S SIGNATURE: Michael Parris (for)
Do you wish to appeal this response?   X YES    ___ NO

If yes: Sign, date, and return to chairman for processing. Grievant may attach supplemental clarification of issues or rebuttal/reaction to previous responses if so desired.

GRIEVANT: Tankesly 90944    DATE: 7-18-17    WITNESS: [signature]

Commissioner's Response and Reason(s): ___

DATE    SIGNATURE

Distribution Upon Final Resolution:
White – Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod - Commissioner

CR-1393 (Rev. 3-00)    RDA 2244



# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE

**RECEIVED** JUN 3 0 2017 NWCX GRIEVANCE OFF.

NAME: C Tankesly  
NUMBER: 90944  
INSTITUTION & UNIT: NWCX N11-02

DESCRIPTION OF PROBLEM: This Grievance is on Jeremy Pickard for failure to provide sufficient Nutrition, every Weekend - on 6-24/25-2017 > Cont'd Pg 2

REQUESTED SOLUTION: Provide 2,100 - 2,500 calories Required by Federal Mandate, Especially on 2 meal week-ends

Signature of Grievant: C Tankesly 90944  
Date: 6-27-17

---

### TO BE COMPLETED BY GRIEVANCE CLERK

Grievance Number: 38896 / 316713  
Date Received: 6-30-17  
Signature of Grievance Clerk: Timothy J Walker

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____  
New Due Date _____  Signature of Grievant _____

---

### INMATE GRIEVANCE RESPONSE

Summary of Supervisor's Response/Evidence: _____

Chairperson's Response and Reason(s): _____

DATE: _____  CHAIRPERSON: _____

Do you wish to appeal this response? ✓ YES  ___ NO

If yes: Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

GRIEVANT: C Tankesly  
DATE: 7-10-17  
WITNESS: [signature]

Distribution Upon Final Resolution:  
White – Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod – Commissioner (if applicable)

CR-1394 (Rev. 3-00)                    Page 1 of 2                    RDA 2244



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE** (continuation sheet)



RECEIVED
JUN 30 2017
NWCX
GRIEVANCE OFFICE

DESCRIPTION OF PROBLEM: (On Sat, June 24, 2017) I was served

Breakfast) 1 cup Grits - 2 Slices bread, -1 Orange
142 Calories — 135 Calories — 0 calories

Dinner) 1 Mix Meat Patty - 1/2 cup Rice - 1/2 cup Green Beans - 2 Slices Bread
169 calories — 96 Calories — 19 calories — 135 calories

Total Calories Saturday 6-24-17 = 696 Calories

(On Sunday June 25, 2017)

Breakfast) 1 cup oatmeal - 2 Slices Bread - 1 Orange
164 calories — 135 calories — 0 calories

Dinner) 1 Scratch Meat Patty - 1/2 cabbage - 2 Slices Bread - 1 Orange
169 calories — 30 calories — 135 calories — 0 calories

Total Calories Sunday 6-25-17 = 633 calories

Total Calories for 2 Days Amounted to 1,329 Calories

Less Than 45% of Federal Mandated Calorie Intake for A 200 lb Man - "Healthy"

Remainder of Page Blank



**TENNESSEE DEPARTMENT OF CORRECTION**

**RESPONSE OF SUPERVISOR OF GRIEVED EMPLOYEE OR DEPARTMENT**

DATE: 6-30-17

Please respond to the attached grievance, indicating any action taken.
Date Due: Thurs., Jul. 6th, 2017 (Due To Holiday)

38896
Grievance Number

Calvin Tankesly
Inmate Name

90944
Inmate Number

We have spoke with staff and made a folder just for your meals. This will prevent you from not getting the amount of calories you need. This is to be signed by you and staff before your tray leaves the kitchen.

P. Wright FSM
SIGNATURE

7-6-17
DATE

White - Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner

CR-3148 (Rev. 3-00)

RDA 2244



# Grievance Committee Hearing Notification
## NWCX

### Hearing Notification:

I, Calvin Tankersly, 90944 (TDOC #), have **been advised and notified that I have a Grievance Hearing scheduled** to be heard by the Grievance Committee.

### Date and Time of Hearing:

I also have been advised that this hearing will be held on Wed., Jul. 12th, 2017 @ **8:00 AM**. I understand I will have a pass issued for the date and time of my hearing and to have it upon arrival at my hearing.

### Hearing Witnesses:

I understand that if I **need/want to request any inmate and/or staff witness** I must state this request to the Grievance Office Staff between **twenty-four and forty-eight (24-48) hours prior to my hearing**. I can make this request by **filling out the "Hearing Witness/Witness Assistance" form** stating the names of inmates and/or staff witnesses being requested. I understand that I can only have a **maximum of three (3) witnesses** for my hearing per NWCX Grievance Hearing Procedures (B)(2).

### Hearing Appearance Acknowledgment:

I understand that if I **fail to appear** at the scheduled time and place of my hearing, that the Grievance Committee will take my **absence as a request to withdraw/resolve/settle** my grievance as prescribe per NWCX Grievance Hearing Procedures (B)(4) & TDOC Inmate Grievance Handbook.

---

_C. Tankersly_, 90944     7-10-17
Signature of Grievant   TDOC #     Date

_Cpl. S. Perkins_     7-10-17
Cpl. S. Perkins, Grievance Chairperson     Date

Northwest Correctional Complex • 960 State Route 212 • Tiptonville, TN 38079 •
Tel: 731-253-5000 • Fax: 731-253-5150 • tn.gov/Correction

P


Department of Correction

# Grievance Committee Hearing Minutes
## NWCX
## Site: Main Compound

✓Grievance Chairperson: Cpl. S. Perkins  Date: 7-12-17
✓Grievance Clerk: Timothy J. Walker  Time: 8:55 am

| STAFF BOARD MEMBERS: | | INMATE BOARD MEMBERS: | | |
|---|---|---|---|---|
| R. Chisholm | Regular. | Adrian Morton | 296090 | Regular |
| J. Hatchel | Regular | Anthony Hodges ✓ | 271841 | Regular |
| J. Essary | Alternate | Reese Brown ✓ | 98692 | Alternate |
| M. Regalado | Alternate | Calvin Owens | 235996 | Alternate |
| D. Webb | Alternate | Eric Best | 460468 | Alternate |
| ✓ C. Swift | Alternate | Timothy Pinion | 358484 | Alternate |
| ✓ E. Vernon | Alternate | Tony Curry | 234499 | Alternate |
| | | Barry Brown | 106220 | Alternate |
| | | Jon Brewbaker | 366017 | Alternate |

Grievant's Name: Calvin Tankesly   TDOC#: 90944   Grievance #: 38896

☐ This hearing is being held in absentia due to:
  o Inmate is temporarily away from institution.
  o Inmate is permanently assigned to another institution.

☐ Inmate did not appear at hearing after being adequately notified.

☑ Grievance and Level I response was read to Committee and Grievant

☑ Grievant has attached a rebuttal letter and/or additional evidence to be considered.

Hearing Minutes: • Mr. Tankesly says that the new system the supervisor put in place has not fixed the problem about the calorie count on the weekends.

• Mr. Tankesly has attached a copy of the federally mandated "estimated calorie requirements". Mr. Tankesly states that he's not getting anything close to the requirement.

• Mr. Tankesly has attached a letter to the NWCX Warden concerning the calorie issue.

Northwest Correctional Complex • 960 State Route 212 • Tiptonville, TN 38079 •
Tel: 731-253-5000 • Fax: 731-253-5150 • tn.gov/Correction

Estimated Calorie Requirements

Estimated amounts of calories needed to maintain energy balance for various gender and age groups at three different levels of physical activity. The estimates are rounded to the nearest 200 calories and were determined using the Institute of Medicine equation.

| Gender | Age (years) | Sedentary[b] | Moderately Active[c] | Active[d] |
|---|---|---|---|---|
| Child | 2-3 | 1,000 | 1,000-1,400 | 1,000-1,400 |
| Female | 4-8 | 1,200 | 1,400-1,600 | 1,400-1,800 |
| | 9-13 | 1,600 | 1,600-2,000 | 1,800-2,200 |
| | 14-18 | 1,800 | 2,000 | 2,400 |
| | 19-30 | 2,000 | 2,000-2,200 | 2,400 |
| | 31-50 | 1,800 | 2,000 | 2,200 |
| | 51+ | 1,600 | 1,800 | 2,000-2,200 |
| Male | 4-8 | 1,400 | 1,400-1,600 | 1,600-2,000 |
| | 9-13 | 1,800 | 1,800-2,200 | 2,000-2,600 |
| | 14-18 | 2,200 | 2,400-2,800 | 2,800-3,200 |
| | 19-30 | 2,400 | 2,600-2,800 | 3,000 |
| | 31-50 | 2,200 | 2,400-2,600 | 2,800-3,000 |
| | 51+ | 2,000 | 2,200-2,400 | 2,400-2,800 |

[a] These levels are based on Estimated Energy Requirements (EER) from the Institute of Medicine Dietary Reference Intakes macronutrients report, 2002, calculated by gender, age, and activity level for reference-sized individuals. "Reference size," as determined by IOM, is based on median height and weight for ages up to age 18 years of age and median height and weight for that height to give a BMI of 21.5 for adult females and 22.5 for adult males.

[b] Sedentary means a lifestyle that includes only the light physical activity associated with typical day-to-day life.

[c] Moderately active means a lifestyle that includes physical activity equivalent to walking about 1.5 to 3 miles per day at 3 to 4 miles per hour, in addition to the light physical activity associated with typical day-to-day life

[d] Active means a lifestyle that includes physical activity equivalent to walking more than 3 miles per day at 3 to 4 miles per hour, in addition to the light physical activity associated with typical day-to-day life.

P

Men need to consume enough calories to maintain a healthy body weight and optimize their energy level. However, consuming too many calories on a regular basis leads to obesity. The Dietary Guidelines for Americans 2010 reports that 72 percent of men in the U.S. are overweight or obese. The amount of calories an average adult male needs depends on his size and activity level (Page 1), but generally ranges from 2,000 to 3,000 calories per day (See Reference 1 Page 14).

### Active Men

Active men ages 19 and older need an average of 2,400 to 3,000 calories per day to maintain a healthy body weight, according to the USDA (See Reference 1 Page 14). Active older men require fewer calories than younger men who lead the same type of active lifestyle. Male athletes who engage in vigorous physical activity, especially endurance sports, more than the average active man can require more than 3,000 calories per day. Iowa State University's Estimated Calorie Needs Calculator, which uses the Mifflin Equation, can help determine your individualized calorie needs based on your specific workout regimen.

### Moderately Active Men

The Dietary Guidelines for Americans 2010 estimates that the average moderately active man needs 2,200 to 2,800 calories each day to maintain a healthy body weight (Page 14). A moderately active man is someone who exercises at a level equivalent to walking one and a half to three miles per day, in addition to routine day-to-day activities (Page 14, footnotes).

### Sedentary Men

Average sedentary men need 2,000 to 2,600 calories per day, according to the USDA (See Reference 1 Page 14). More specifically, sedentary men ages 19 to 30 need 2,400 to 2,600 calories; 31- to 50-year-old men require 2,200 to 2,400 calories; and sedentary men over the age of 50 need 2,000 to 2,200 calories each day to maintain a healthy body weight.

### Calories per Pound

You can also use your body weight to estimate your calorie needs for weight maintenance. According to the University of Washington, men need 18 calories per pound of body weight if they exercise strenuously regularly; 15 calories per pound if they are moderately active; 13 calories if they are over age 55 or have a low activity level; and 10 calories for each pound of body weight per day if they are sedentary or obese.

### Overweight Men

According to an article published in a 2010 edition of the "Journal of the American Medical Association," the median body mass index for U.S. men ranges from 26.6 to 28.3; each BMI value within this range is classified as overweight. According to the U.S. Department of Health and Human Services, consuming 1,200 to 1,600 calories per day can help overweight and obese men move toward a healthier body weight (Page 5).

# ADDENDUM TO GRIEVANCE TOMIS I.D. No. 316713

## Calvin Tankesly vs. Jeremy Pickrel

Date: July 12th, 2017

To: Warden Michael Paris

From: Calvin Tankesly, #90944,

RE: ADDENDUM to Grievance TOMIS I.D. No. 316713

This Addendum is for attachment to the Grievance against Jeremy Pickrel, Aramark Food supervisor, NWCX, to reflect how Pam Wright, FSM/NWCX response to this grievance does not address the Claim within this Grievance.

1. I grieved **Full Daily Calorie Count** provided by Aramark on the weekends.
2. Ms. Wright responded by documenting the Items on each tray per meal, requiring my signature.

This response to my grievance does **NOT Address or Resolve** the fact that portions of each item served per meal remains the same – only that I am signing a document reflecting Aramark's Calorie Shortage of nearly 60% of the Daily Allowance of Calories, per day, per adult, pursuant to the "Institute of Medicine equation", and Federal Mandate on Calorie Intake per day, per adult, *i.e.*; {A male over 51 Active 2,400-2,800 Calories per day}. [Please *See Attachment*].

I am requesting that the problem with Calorie Shortage by Aramark that has continued since their Contract with TDOC in September 2016 - be corrected at this level.

Respectfully submitted,

Calvin Tankesly, #90944

Attachment

cc: file


Department of
Correction

(This Box To Be Completed By Grievance Office Staff)

Grievance #: 38896 / 316713

# Grievance Rebuttal Letter-Statement Form

Per TDOC Inmate Grievance Handbook, inmates are entitled to submit, if desired, a clarification of issues and/or reaction/rebuttal statement/letter to the Warden's/designee's response (Level II) to their grievance with their appeal to the Commissioner (Level III).

Please use the space below to write your statement. **Make sure to sign and date at the bottom.**

You have until: Thurs., Jul. 27th, 2017 @ 10:00 A.M. to return this form back to the Grievance Office for further processing.

Inmate Grievant's Name: Calvin Tankesly          TDOC#: 90944

```
This is to point out that the ISSUE of this grievance
was NOT addressed.
My claim was on the MISSING CALORIES per meal, specifically
during the two (2) meals served on the weekend days.

In Warden Parris' Concurrence with the grievance comittee
he, just as the grievance board did NOT pay attention to
the supervisor response - because it did NOT address
the claim within the grievance.
```

X Calvin Tankesly 90944                    7-19-17
Signature of Grievant                        Date

Northwest Correctional Complex • 960 State Route 212 • Tiptonville, TN 38079 •
Tel: 731-253-5000 • Fax: 731-253-5150 • tn.gov/Correction



**TN** Department of
Correction

# MEMO

To: Sara Perkins
    NWCX

From: David Sexton *AH*

Assistant Commissioner of Prisons

Date: October 26, 2017

Subject: Calvn Tanksley #90944

**The Acting Director of Food Service has reviewed this grievance. Aramark's Food Service Director's did not provide a response and inmate did not specify it this was a regular diet, Therapeutic diet or Specialty diet which may determine the caloric intake issue. Please return with an appropriate response**

**BS/BFB**



**TENNESSEE DEPARTMENT OF CORRECTION**

**RESPONSE OF SUPERVISOR OF GRIEVED EMPLOYEE OR DEPARTMENT**

DATE: 11-13-17

Please respond to the attached grievance, indicating any action taken.
Date Due: Thurs., Nov. 16th, 2017

Grievance Number: 38896
Inmate Name: Calvin Tankesly
Inmate Number: 90944

He is on a Bland diet.
6-24 Breakfast - 1 c grits = 151 calories
2-Slices Bread - 136 calories - 1-orange - 45 calories
4 oz scrambled eggs - 169 cal. - 1 jelly pk - 35 cal. - butter pk
35.9 cal x 3 = 107.7 cal. - 1 8oz milk - 102 cal. = 745.7 cal

6-24-Dinner - 1 - 3oz scratch patty = 231 cal. - 1 c rice = 248 cal.
½ c g. beans = 38 calories. 2 slices bread = 136 calories
3 marg. pcs = 107.7 cal. - Dessert - 1 slice cake - 151 cal. = 901.70
(white?)

6-25 - Breakfast - 1 C oatmeal = 145 cal. - 2 slices bread - 136 cal.
1 - orange - 45 cal - Marg pc 3 = 107.70 - 1 milk - 102 cal. =
Scram. eggs - 4oz = 169 cal. jelly pk - 35 cal = 739.70

6-25 Dinner - 1 scratch patty (3oz) = 231 cal. ½ C Cabbage - 51 cal.
2 sl. Bread - 136 cal. 1 orange - 45 calories - marg pc 3 = 107.7
Carrots ½ c - 41 - Dessert - yellow cake unfrosted = 305 cal.
drink - 1 c = 111 cal.
1027.70

I have also included a copy of a bland diet menu.

I have contacted someone with Aramark (Dietician) to discuss the weekend meals. I am waiting on a response.

Total - 3414.80 for day.

SIGNATURE: PW Wright FSD

DATE: 11-15-17

White - Inmate Grievant   Canary - Warden   Pink - Grievance Committee   Goldenrod - Commissioner

CR-3148 (Rev. 3-00)

RDA 2244

# # of calories for each item.

## BLAND or GI (Gastro-Intestinal) SOFT DIET - 3 Hot Meals

1) Make photocopies of this menu pattern. Do not write on the master menu pattern.
2) Record date, counts and menu items served (circle) for each meal on this sheet and at the bottom of the diet sheets.
3) Attach to production packet

Date: _____     Circle Food Items Served     NO BEANS EVER!!!

Count: _____     **BREAKFAST**

| | | | | |
|---|---|---|---|---|
| Fruit or juice, only if on regular menu** - M2795 | Bananas Only | | No Apples, No applesauce | |
| Farina LF (1 cup) - M150  **183** | OR Grits LF (1 cup) - M148  **182** | OR Crisp Rice Cereal (1 cup) - M2592  **116** | OR Cornflakes Cereal (1 cup) - M2597  **116** |
| **140** — Scrambled Eggs (4 oz) - M160 | OR T. Ham (2 oz) - M677  **120** | OR Scratch Poultry Patty (2 oz) - M1199  **231** | |
| Cooked Potatoes if on regular menu (no skins, onions, bell peppers or pepper as a seasoning added) (1/2 cup) - M2535 or M1679  **89** | | | |
| **136** — Enriched White Bread (2 slice) to replace Whole Wheat Bread - M2570 | OR Coffeecake - M2384  **210** | OR Biscuits - M2422  **148** | OR Muffins - M5293  **162** |
| Jelly or Syrup - only if on regular menu - M2572 or M2569  **206** | | | |
| **107** — Margarine pc's (3 each) - M2587 | OR Whipped Margarine (1/3 oz) - M1469 | | |
| **102** — Low Fat Milk (8 oz) - M2566 | OR Morning Beverage - M6791 | OR Fruit Drink w/ vitamins B12, C, D, E & calcium (1 cup) - M5652 | OR Fruit Drink Packet w/ vitamins B12, C, D, E & calcium (1 packet) - M5649 |
| Salt / Sugar (1 packet each) - only if on regular menu - M5487 & M5486 | | | |

Count: _____     **LUNCH**   Beef  Fish  meatloaf
                                    **201  205  204  196**

| | | | | |
|---|---|---|---|---|
| **120** — Sliced Turkey or T. Ham (3 oz) - M2584 or M670 or M677 | OR Country / Beef / Fish / Meatloaf Patty (3 oz) - M11428 / M10638 / M11430 / M11444 | OR Scratch Poultry Patty (3 oz) - M1199  **231** | OR Meatballs (3 oz) - M5811  **217** |
| Cooked Potatoes LF (no skins, onions, bell peppers or pepper as a seasoning added) (1 cup) - Various Recipes | OR Cooked Rice LF (no onions, bell peppers or pepper as a seasoning added) (1 cup) - M2542  **192** | OR Cooked Noodles LF (no onions, bell peppers, pepper as a seasoning or tomato sauce added) (1 cup) - M1576  **210** | |
| ~~20~~ **17** Cooked Green Beans (no onions or pepper as a seasoning added) (1/2 cup) - M2028 | OR Cooked Carrots (no onions or pepper as a seasoning added) (1/2 cup) - M2024  **41** | OR Blend of Carrots, Green Beans and Peas (no onions or pepper as a seasoning added) (1/2 cup) - M1921  **59** | |
| **136** — Enriched White Bread (2 slice) - M2570 | OR Hamburger Bun (1 each) - M2581 / Hot Dog Buns (2 each) - M2579 | OR Biscuits - M2422  **148** | OR Cornbread - M2369  **151** |
| **107** — Margarine pc's (3 each) - M2587 | OR Whipped Margarine (1/3 oz) - M1469 | | |
| Dessert item from regular menu - Various Recipes | | | |
| Fruit Drink w/ vitamins B12, C, D, E & calcium (1 cup) - M5652 | OR Fruit Drink Packet w/ vitamins B12, C, D, E & calcium (1 packet) - M5649 | | |
| Mustard (1/3 oz or 2 pc) if appropriate - M2574 or M5479 | | | |
| Salt (1 packet each) - only if on regular menu - M5487 | | | |

yellow
Cake unfrosted - 305
white - 151
chocolate - 132
Brownie - 162

Count: _____     **DINNER**

| | | | | |
|---|---|---|---|---|
| **120** Sliced Turkey or T. Ham (3 oz) - M2584 or M670 or M677 | OR Country / Beef / Fish / Meatloaf Patty (3 oz) - M11428 / M10638 / M11430 / M11444 | OR Scratch Poultry Patty (3 oz) - M1199  **231** | OR Meatballs (3 oz) - M5811  **217** |
| Cooked Potatoes LF (no skins, onions, bell peppers or pepper as a seasoning added) (1 cup) - Various Recipes | OR Cooked Rice LF (no onions, bell peppers or pepper as a seasoning added) (1 cup) - M2542  **192** | OR Cooked Noodles LF (no onions, bell peppers, pepper as a seasoning or tomato sauce added) (1 cup) - M1576  **210** | |
| **17** Cooked Green Beans (no onions or pepper as a seasoning added) (1/2 cup) - M2028 | OR Cooked Carrots (no onions or pepper as a seasoning added) (1/2 cup) - M2024  **41** | OR Blend of Carrots, Green Beans and Peas (no onions or pepper as a seasoning added) (1/2 cup) - M1921  **59** | |
| Enriched White Bread (2 slice) - M2570 | Hamburger Bun (1 each) - M2581 | OR Biscuits - M2422 | OR Cornbread - M2369 |
| **107** Margarine pc's (3 each) - M2587 | OR Whipped Margarine (1/3 oz) - M1469 | | |
| Dessert item from regular menu - Various Recipes | | | |
| **111** — Fruit Drink w/ vitamins B12, C, D, E & calcium (1 cup) - M5652 | OR Fruit Drink Packet w/ vitamins B12, C, D, E & calcium (1 packet) - M5649 | | |
| Salt (1 packet each) - only if on regular menu - M5487 | | | |

| | | | |
|---|---|---|---|
| **When serving fruit or juice at breakfast or for dessert must choose from one of the following: | Apple or Cranberry Juice (100% - 1/2 cup) M5662 or M2596- OR - Apple Juice (50% - 1 cup) - M5657 | OR Banana, Melon, Peeled Apple, Peeled Peach, Peeled Pear (1 each) | OR Frozen Apple Slices, canned applesauce, peaches, pears (1/2 cup) |

# BLAND or GI (Gastro-Intestinal) SOFT DIET - 3 Hot Meals

1) Make photocopies of this menu pattern. Do not write on the master menu pattern.
2) Record date, counts and menu items served (circle) for each meal on this sheet and at the bottom of the diet sheets.
3) Attach to production packet



Date: _____     Circle Food Items Served

Count: _____    BREAKFAST

| Fruit or juice, only if on regular menu** - M2795 | | | | |
| Farina LF (1 cup) - M150 | OR Grits LF (1 cup) - M148 | OR Crisp Rice Cereal (1 cup) - M2592 | OR Cornflakes Cereal (1 cup) - M2597 | |
| Scrambled Eggs (4 oz) - M160 | OR T. Ham (2 oz) - M677 | OR Scratch Poultry Patty (2 oz) - M1199 | | |
| Cooked Potatoes if on regular menu (no skins, onions, bell peppers or pepper as a seasoning added) (1/2 cup) - M2535 or M1679 | | | | |
| Enriched White Bread (2 slice) to replace Whole Wheat Bread - M2570 | OR Coffeecake - M2394 | OR Biscuits - M2422 | OR Muffins - M5293 | |
| Jelly or Syrup - only if on regular menu - M2572 or M2569 | | | | |
| Margarine pc's (3 each) - M2587 | OR Whipped Margarine (1/3 oz) - M1469 | | | |
| Low Fat Milk (8 oz) - M2566 | OR Morning Beverage - M6791 | OR Fruit Drink w/ vitamins B12, C, D, E & calcium (1 cup) - M5652 | OR Fruit Drink Packet w/ vitamins B12, C, D, E & calcium (1 packet) - M5649 | |
| Salt / Sugar (1 packet each) - only if on regular menu - M5487 & M5486 | | | | |

Count: _____    LUNCH

| Sliced Turkey or T Ham (3 oz) - M2584 or M670 or M677 | OR Country / Beef / Fish / Meatloaf Patty (3 oz)- M11428 / M10638 / M11430 / M11444 | OR Scratch Poultry Patty (3 oz) - M1199 | OR Meatballs (3 oz) - M5811 |
| Cooked Potatoes LF (no skins, onions, bell peppers or pepper as a seasoning added) (1 cup) - Various Recipes | OR Cooked Rice LF (no onions, bell peppers or pepper as a seasoning added) (1 cup) - M2542 | OR Cooked Noodles LF (no onions, bell peppers, pepper as a seasoning or tomato sauce added) (1 cup) - M1576 | |
| Cooked Green Beans (no onions or pepper as a seasoning added) (1/2 cup) - M2028 | OR Cooked Carrots (no onions or pepper as a seasoning added) (1/2 cup) - M2024 | OR Blend of Carrots, Green Beans and Peas (no onions or pepper as a seasoning added) (1/2 cup) - M1921 | |
| Enriched White Bread (2 slice) - M2570 | OR Hamburger Bun ( 1 each) - M2581 / Hot Dog Buns (2 each) - M2579 | OR Biscuits - M2422 | OR Cornbread - M2369 |
| Margarine pc's (3 each) - M2587 | OR Whipped Margarine (1/3 oz) - M1469 | | |
| Dessert item from regular menu - Various Recipes | | | |
| Fruit Drink w/ vitamins B12, C, D, E & calcium (1 cup) - M5652 | OR Fruit Drink Packet w/ vitamins B12, C, D, E & calcium (1 packet) - M5649 | | |
| Mustard (1/3 oz or 2 pc) if appropriate - M2574 or M5479 | | | |
| Salt (1 packet each) - only if on regular menu - M5487 | | | |

Count: _____    DINNER

| Sliced Turkey or T Ham (3 oz) - M2584 or M670 or M677 | OR Country / Beef / Fish / Meatloaf Patty (3 oz)- M11428 / M10638 / M11430 / M11444 | OR Scratch Poultry Patty (3 oz) - M1199 | OR Meatballs (3 oz) - M5811 |
| Cooked Potatoes LF (no skins, onions, bell peppers or pepper as a seasoning added) (1 cup) - Various Recipes | OR Cooked Rice LF (no onions, bell peppers or pepper as a seasoning added) (1 cup) - M2542 | OR Cooked Noodles LF (no onions, bell peppers, pepper as a seasoning or tomato sauce added) (1 cup) - M1576 | |
| Cooked Green Beans (no onions or pepper as a seasoning added) (1/2 cup) - M2028 | OR Cooked Carrots (no onions or pepper as a seasoning added) (1/2 cup) - M2024 | OR Blend of Carrots, Green Beans and Peas (no onions or pepper as a seasoning added) (1/2 cup) - M1921 | |
| Enriched White Bread (2 slice) - M2570 | Hamburger Bun ( 1 each) - M2581 | OR Biscuits - M2422 | OR Cornbread - M2369 |
| Margarine pc's (3 each) - M2587 | OR Whipped Margarine (1/3 oz) - M1469 | | |
| Dessert item from regular menu - Various Recipes | | | |
| Fruit Drink w/ vitamins B12, C, D, E & calcium (1 cup) - M5652 | OR Fruit Drink Packet w/ vitamins B12, C, D, E & calcium (1 packet) - M5649 | | |
| Salt (1 packet each) - only if on regular menu - M5487 | | | |

**When serving fruit or juice at breakfast or for dessert must choose from one of the following:

| Apple or Cranberry Juice (100% - 1/2 cup) M5662 or M2596- OR - Apple Juice (50% - 1 cup) - M5657 | OR Banana, Melon, Peeled Apple, Peeled Peach, Peeled Pear (1 each) | OR Frozen Apple Slices, canned applesauce, peaches, pears (1/2 cup) |