# GRIEVANCES
## Missing / Not Yet Returned

| DEFENDANT | DATE GRIEVED | DATE RETURED |
|---|---|---|
| Sammy Taylor | 01/18/17 | Missing / Not Returned |
| Aramark | 05/03/17 | Missing / Not Returned |
| V. Cadney/W. Ramsey | 05/16/17 | Missing / Not Returned |
| Will Ramsey | 09/17/17 | Missing / Not Returned |
| Veronica Cadney | 09-22-17 | Missing / Not Returned |
| Carla Cole | 10/04/17 | Missing / Not Returned |
| Sgt. Thomas | 10/11/17 | Missing / Not Returned |
| Aramark | 11/28/17 | Missing / Not Returned |

*[signature]* C. Tankesly
3/26/18

file: civil ~ action; Calvin Tankesly -vs- Aramart Correctional Services, *et. al.*  Case No. _____