```
            UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION
```

**CALVIN TANKESLY,**

    **Plaintiff,**

**v.**                                               **No. 18-1058-SHM-cgc**

**ARAMARK CORRECTIONAL**
**SERVICES, ET AL.,**

    **Defendants.**

# JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed accordance with the Orders, docketed January 12, 2022, and August 1, 2022, dismissing the case and recommending that the dismissal be treated as a strike under 28 U.S.C. § 1915(g).

# APPROVED:

/s/ Samuel H. Mays, Jr.
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

August 1, 2022
DATE

                                          THOMAS M. GOULD
                                          CLERK

                                          */s/ Jairo Mendez*
                                          (By) DEPUTY CLERK